| AO-10 Rev. 1/2001 | FINANCIAL DISCLOSURE REPORT FOR NOMINEES | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cercone, David S. | U.S. District Court-Western District of Pennsylvania | 3/22/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Nominee) | _x_ Nomination, Date 3/21/2002  ___ Initial  ___ Annual  ___ Final | 1/1/2001 to 3/1/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 702 City-County Building Pittsburgh, PA 15219 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Director | Boys and Girls Club of Western Pennsylvania |
| 2 Visitor | Graduate School of Public and International Affairs, University of Pittsburgh |
| 3 Custodian | Account #1 Under Pennsylvania Uniform Gift to Minors Act |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 | PA State Employees' Retirement System-would be eligible to receive pension benefits including monthly payments for life and a lump sum payment. |
| 2 | Administrative Office of PA Courts-would be eligible to receive health care benefits for life. |
| 3 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2000 | Administrative Office of PA Courts-judge's salary | $ 113,789.00 |
| 2 2000 | University of Pittsburgh-teaching salary | $ 12,700.00 |
| 3 2001 | Administrative Office of PA Courts-judge's salary | $ 116,117.00 |
| 4 2001 | University of Pittsburgh-teaching salary | $ 13,100.00 |
| 5 2001 | University of Pittsburgh-royalties | $ 660.00 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1 | NONE (No such reportable reimbursements.) | |
| 2 | Exempt | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1 | NONE (No such reportable gifts.) | | |
| 2 | Exempt | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| 1 | X NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 AIM Constellation Mutual Fund | | None | J | T | | | | | |
| 2 Delaware Tax Free PA Mutual Fund | B | div. | K | T | | | | | |
| 3 Davis NY Venture Mutual Fund | A | div. | K | T | | | | | |
| 4 Delaware Growth and Income Mutual Fund | A | div. | J | T | | | | | |
| 5 MFS Research Mutual Fund-A | | None | J | T | | | | | |
| 6 FT Target 15 Nasdaq Unit Trust | | None | | | Exempt | | | | |
| 7 Laser Vision Common Stock | | None | J | T | | | | | |
| 8 Custody for dependant child Waste Mgmt Common Stock | A | div. | J | T | | | | | |
| 9 Custody for dependant child Evergreen Money Market | A | div. | J | T | | | | | |
| 10 Custody for dependant child Duquesne Cap Pref.Stock | B | div. | J | T | | | | | |
| 11 Custody for dependant child Hartford CapII Pref.Stock | A | div. | | | Exempt | | | | |
| 12 Custody for dependant child Evergreen Money Market | A | div. | J | T | | | | | |
| 13 Mellon Bank Account 1# | A | int. | L | T | | | | | |
| 14 Mellon Bank Account 2# | A | int. | J | T | | | | | |
| 15 Mellon Bank Account 3# | A | int. | J | T | | | | | |
| 16 U.S. Savings Bonds | | None | J | T | | | | | |
| 17 PA State Employees Retirement Account | | None | O | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including Trust assets) place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Centennial Money Market | A | div. | J | T | Exempt | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Asset 13 (Parkvale Bank CDs) under Part VII listed on my first Financial Disclosure Report For Nomination Filing dated 8/1/2000, matured during a non-reporting period.

Asset 16 (U.S. Savings Bonds) and Asset 17 (PA State Employees' Retirement Account) under Part VII of my current report were inadvertently omitted from my first Financial Disclosure Report For Nomination Filing dated 8/1/2000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _David S Cercone_　　　　　　　　　　　Date ___3/22/2002___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO-10

Rev. 1/2001

# FINANCIAL DISCLOSURE REPORT
## FOR NOMINEES

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>Cercone, David S. | 2. Court or Organization | 3. Date of Report<br><br>3/22/2002 |
|---|---|---|
| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5.  ReportType (check appropriate type)<br><br>___ Nomination,  Date _____<br><br>___ Initial  ___ Annual  ___ Final | 6. Reporting Period |
| 7. Chambers or Office Address | 8.  On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date____ |  |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Custodian | Account #2 Under Pennsylvania Uniform Gifts to Minors Act |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2002 | Administrative Office of PA Courts-judges salary | $ 19,886.00 |
| 2 2002 | University of Pittsburgh-teaching salary | $ 2,650.00 |
| 3 2000 | Administrative Office of PA Courts-magistrate's salary | $ |
| 4 2001 | Administrative Office of PA Courts-magistrate's salary | $ |
| 5 2002 | Administrative Office of PA Courts-magistrate's salary | $ |

Attachment Page 1

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 38 | 196 | 00 | Notes payable to banks-secured | 0 | | |
| U.S. Government securities-add schedule | 5 | 450 | 00 | Notes payable to banks-unsecured | 0 | | |
| Listed securities-add schedule | 130 | 535 | 00 | Notes payable to relatives | 0 | | |
| Unlisted securities–add schedule | 0 | | | Notes payable to others | 0 | | |
| Accounts and notes receivable: | 0 | | | Accounts and bills due | 2 | 900 | 00 |
| Due from relatives and friends | 0 | | | Unpaid income tax | 0 | | |
| Due from others | 0 | | | Other unpaid income and interest | 0 | | |
| Doubtful | 0 | | | Real estate mortgages payable-add schedule | 39 | 076 | 00 |
| Real estate owned-add schedule | 200 | 000 | 00 | Chattel mortgages and other liens payable | 0 | | |
| Real estate mortgages receivable | 0 | | | Other debts-itemize: | 0 | | |
| Autos and other personal property | 50 | 000 | 00 | | | | |
| Cash value-life insurance | 0 | | | | | | |
| Other assets itemize: | 0 | | | | | | |
| State Retirement Account | 750 | 474 | 00 | | | | |
| | | | | | | | |
| | | | | Total liabilities | 41 | 976 | 00 |
| | | | | Net Worth | 1,132 | 679 | 00 |
| Total Assets | 1,174 | 655 | 00 | Total liabilities and net worth | 1,174 | 655 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | 0 | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | 0 | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | 0 | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | 0 | | | | | | |
| Other special debt | 0 | | | | | | |

36